

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Manuel **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Appellee Manuel Flores's motion for rehearing is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court